

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF J. O., A CHILD, | § | No. 08-20-00225-CV |
| Appellant. | § | Appeal from the |
| | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM2215) |
| | § | |

**O R D E R**

The Court, on its own motion, VACATES the September 30, 2021 submission setting without oral argument for the above styled and numbered cause.

IT IS SO ORDERED this 9th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.